COMPASS VAN & STORAGE CORP., Appellant-Respondent, v JENETTE BARTH et al., Respondents-Appellants. [639 NYS2d 751]

Present—Green, J. P., Lawton, Wesley, Doerr and Davis, JJ.

NEW ENGLAND INSURANCE COMPANY, as Subrogee of AMERICAN TISSUE CORP., Respondent, v F & H MANUFACTURING CORP. et al., Defendants. F & H MANUFACTURING CORP. et al., Third-Party Plaintiffs-Respondents, v AMERICAN TISSUE CORP., Third-Party Defendant, and WAUSAU INSURANCE COMPANIES, Third-Party Defendant-Appellant. [639 NYS2d 751]

Present—Green, J. P., Lawton, Wesley, Doerr and Davis, JJ.